■ In the Matter of ALFONSO RODRIGUEZ, Appellant, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents. [719 NYS2d 853] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered September 23, 1999, which dismissed the instant proceeding challenging petitioner's dismissal from respondents' employment as time-barred, unanimously affirmed, without costs.

The CPLR article 78 proceeding that petitioner brought was correctly held to be in the nature of a CPLR article 75 proceeding challenging the award rendered by the arbitration board empaneled pursuant to the grievance procedures in respondents' collective bargaining agreement with petitioner's union (*see, Matter of Dye v New York City Tr. Auth.*, 57 NY2d 917), and, so considered, was correctly dismissed because admittedly not commenced within 90 days of petitioner's receipt of the award (CPLR 7511 [a]; *see, Matter of Rodriguez v New York City Tr. Auth.*, 269 AD2d 600). Concur—Mazzarelli, J. P., Andrias, Wallach, Lerner and Rubin, JJ.

■ EDWARD N. COSTIKYAN et al., as Coexecutors of ARTHUR C. FATT, Deceased, et al., Appellants, v STEVEN JACOBSON, Respondent. [719 NYS2d 856] —Order, denominated decision and judgment, Supreme Court, New York County (Robert Lippmann, J.), entered on or about July 17, 2000, which denied petitioner customers' application for an attachment in aid of an arbitration they brought against respondent stockbroker, and dismissed the petition, unanimously affirmed, with costs.

The attachment was properly denied without a hearing, there being no issues of fact raised as to respondent's financial condition and prospects, and no facts adduced to support petitioners' claim that respondent will secrete, dissipate or otherwise squander his assets (*cf., County Natwest Sec. Corp. v Jesup, Josephthal & Co.*, 180 AD2d 468). Concur—Mazzarelli, J. P., Andrias, Wallach, Lerner and Rubin, JJ.